**Order entered August 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00111-CV

**DERRICK J. HAHN AND HAHN LAW FIRM, P.C., Appellants**

**V.**

**SOUTHWEST DOUBLE D RANCH, LP, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03263**

## ORDER

We **GRANT** appellee's unopposed motion for extension of time file appellee's brief and

**ORDER** appellee's brief filed no later than September 19, 2016.

/s/ ELIZABETH LANG-MIERS
JUSTICE